# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **EXPLORER PIPELINE COMPANY** ) | |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | |
| ) | **Case No. 17-CV-330-GKF-FHM** |
| **AMERICAN GUARANTEE &** ) | |
| **LIABILITY INSURANCE COMPANY** ) | |
| ) | |
| **Defendant.** ) | |

## STIPULATION OF DISMISSAL

Plaintiff Explorer Pipeline Company and Defendant American Guarantee and Liability Insurance Company hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, counterclaims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated:  November 20, 2018

                    MCAFEE & TAFT, P.C.

                    /s/*Robert J. Joyce*
                    Robert J. Joyce, OBA # 12728
                    Gerald L. Hilsher, OBA ##14416
                    McAfee & Taft, P.C.
                    Two West Second St., Ste. 1100
                    Tulsa, OK  74311
                    Tel:     918-587-0000
                    Fax:    918-599-9317
                    robert.joyce@mcafeetaft.com
                    gerald.hilsher@mcafeetaft.com

                    *Attorneys for Plaintiff*
                    *Explorer Pipeline Company*

Dated:  November 20, 2018

                    GABLEGOTWALS

/s/*Dale E. Cottingham*
Dale E. Cottingham, OBA # 001937
Craig M. Regens, OBA # 22894
211 N. Robinson Avenue, 15th Floor
Oklahoma City, OK 73102
Telephone: 405-235-5500
Facsimile: 405-235-2875
dcottingham@gablelaw.com
cregens@gablelaw.com

***Attorneys for Defendant***
***American Guarantee and Liability***
***Insurance Company***